IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01387-BNB

GUNIN VLADIMIR LUKYANOVICH,

    Applicant,

v.

WARDEN KEVIN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action filed by Applicant on May 25, 2011 (Doc. # 2) is DENIED as moot.  Applicant paid the $5.00 filing fee in a habeas corpus action on May 25, 2011.

    In addition, Applicant's "Request that Oral Argument Be Heard," filed on May 25, 2011 (Doc. # 3) is DENIED as premature.

    Dated:  June 20, 2011